FILED
OCT 30 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07CR 2947 H

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| VICTOR MANUEL ROJAS-ROQUE, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about September 26, 2007, within the Southern District of California, defendant VICTOR MANUEL ROJAS-ROQUE, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

ABC:drh:San Diego
10/09/2007

1  It is further alleged that defendant VICTOR MANUEL ROJAS-ROQUE
2  was removed from the United States subsequent to April 30, 2007.
3  DATED: 10/30/07 .

KAREN P. HEWITT
United States Attorney

J. Pue for

AARON B. CLARK
Assistant U.S. Attorney